**89–1291.** State v. Sneed. *Stark County*, No. CA–6976. Reported at 63 Ohio St.3d 3, 584 N.E.2d 1160. On motion for rehearing. Rehearing denied.
WRIGHT and H. BROWN, JJ., dissent.

**90–1917.** Haig v. Ohio State Bd. of Edn. *Franklin County*, No. 89AP–1251. Reported at 62 Ohio St.3d 507, 584 N.E.2d 704. On motion for rehearing. Rehearing denied.
DOUGLAS and RESNICK, JJ., dissent.

**90–2149.** Tulloh v. Goodyear Atomic Corp. *Pike County*, No. 449. Reported at 62 Ohio St.3d 541, 584 N.E.2d 729. On motion for rehearing. Rehearing denied.
DOUGLAS and RESNICK, JJ., dissent.
H. BROWN, J., not participating.

**90–2524.** State v. Davis. *Butler County*, No. CA89–09–123. Reported at 63 Ohio St.3d 44, 584 N.E.2d 1192. On motion for rehearing. Rehearing denied.

**91–1657.** State, ex rel. Fant, v. Flaherty. *Franklin County*, No. 90AP–1323. Reported at 62 Ohio St.3d 426, 583 N.E.2d 1313. On motion for rehearing. Rehearing denied.

**91–2211.** Deerfield Twp. Trustees v. Moskoff. *Portage County*, Nos. 90–P–2203 and 90–P–2269. Reported at 62 Ohio St.3d 1510, 584 N.E.2d 743. On motion for rehearing. Rehearing denied.

**91–2524.** State, ex rel. Roberts, v. Dormund Corp. *Mahoning County*, No. 91 C.A. 162. Reported at 63 Ohio St.3d 1402, 585 N.E.2d 424. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**91–1249.** Cuyahoga Cty. Bar Assn. v. Caywood. On motion for extension of time to pay costs. Motion granted.
MOYER, C.J., dissents.

**91–1255.** Dayton Bar Assn. v. Wiechel. On motion for order allowing payment of costs in installments and waiver of objections to disciplinary order. Motion granted.
MOYER, C.J., dissents.